IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA JACOBSEN** : | |
| : | **CIVIL ACTION NO. 20-6357** |
| **v.** : | |
| : | |
| **MERON MEDICAL, LLC** *et. al* : | |

# ORDER

This 18th day of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, ECF 20 and ECF 21, are **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's hostile work environment claims under Title VII and the PHRA against Meron Medical and Insperity (Counts I and IV) are dismissed.

/s/ Gerald Austin McHugh
United States District Judge